

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pamela Chyba | Civil Action No.   12cv837-BEN-NLS |
| **Plaintiff,** | |
| **V.** | |
| TXU Energy | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Defendant's Motion to Dismiss is granted. Because has not satisfied her burden of establishing a prima facie case of personal jurisdiction, her complaint is dismissed without prejudice. The Court need not address whether venue is proper.

**Date:**   12/18/12

**CLERK OF COURT**
**W. SAMUEL HAMRICK, JR.**
By:  s/  K. Betancourt

K. Betancourt, Deputy