14 MAY -1 AM 10: 55

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

PAMELA CHYBA,

Plaintiff,

vs.

TXU ENERGY, and TXU ENERGY RETAIL COMPANY, LLC,

Defendants.

CASE NO. 12-CV-837-BEN (NLS)

**ORDER STAYING ACTION**

On April 30, 2014, Defendants TXU Energy and TXU Energy Retail Company, LLC filed a "Notice of Suggestion on Pendency of Bankruptcy for Energy Future Holdings Corp., et al. and Automatic Stay of Proceedings." (Docket No. 57). Defendants notify this Court that Energy Futures Holding Corp. and certain of its subsidiaries and affiliates have filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code. Both defendants are listed among the debtors. That matter is currently pending in the U.S. Bankruptcy Court in the District of Delaware.

Pursuant to 11 U.S.C. § 362(a), Defendants' filing of bankruptcy petitions operates as an automatic stay of the instant judicial proceeding against them. Accordingly, the Court hereby **STAYS** this action.

Defendants are **ORDERED** to file status reports in this matter every 120 days, beginning the date this Order is signed. Defendants are further **ORDERED** to notify

///

///

- 1 -

12cv837

1  this Court as soon as practicable if the Bankruptcy Court takes action which requires

2  dismissal of this matter, or which provides relief from the automatic stay.

3  **IT IS SO ORDERED**.

4

5  Dated: _____, 2014

6  HON. ROGER T. BENITEZ
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28