1

Victor C. Johnson (*Pro Hac Vice*)
Lead Counsel
Texas Bar No. 24029640
Dykema Gossett PLLC
1717 Main Street, Suite 4000
Dallas, Texas 75201
(214) 462-6400 (Telephone)
(214) 462-6401 (Facsimile)

2

3

4

5

Attorneys for Defendants
TXU Energy, and TXU Energy Retail Company, LLC

6

7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

8

9

10 | **PAMELA CHYBA**
**Plaintiff,**

Case No. 12-cv-837-BEN-NLS

11

12 | **vs.**

**STATUS REPORT REGARDING**
**ENERGY FUTURE HOLDINGS**
**CORPORATION'S CHAPTER 11**
**RESTRUCTURING PROCEEDING**

13

14 | **TXU ENERGY, and**
**TXU ENERGY RETAIL**
**COMPANY, LLC**
**Defendants,**

15

Magistrate Judge:  Hon. Nita L. Stormes

16

17

18

19
20
21        1.     Energy Future Holdings Corporation, TXU Energy and TXU Energy

22  Retail Company, LLC by and through its undersigned counsel, hereby submits this

23  *Status Report Regarding Energy Future Holdings Corporation's Chapter 11*

24  *Restructuring Proceeding* pursuant to the May 1, 2014 Court Order requiring

25  Energy Future Holdings Corporation, TXU Energy and TXU Energy Retail

26  Company, LLC  provide a status report every 120 days to the Court regarding the

27  progress of the bankruptcy proceeding, and informs the Court as follows:

28

1

2.      On April 29, 2014, Energy Future Holdings Corporation and certain of its subsidiaries and affiliates (collectively, the "Debtors"),[1] including TXU Energy and TXU Energy Retail Company, LLC filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors' chapter 11 cases are pending before the Honorable Judge Sontchi, United States Bankruptcy Judge, and are being jointly administered under the lead case *In re Energy Future Holdings Corp.*, Case No. 14-10979.[2]

3.      The chapter 11 cases remain pending in the Bankruptcy Court and, as of the date of the filing of this Status Report, the Bankruptcy Court has not entered an order that affects this action or the automatic stay with respect thereto.

4.      Energy Future Holdings Corporation, TXU Energy and TXU Energy Retail Company, LLC will continue to submit status updates every 120 days as to the status of the chapter 11 cases, and will advise the Clerk's office upon completion of the chapter 11 proceedings.

---

[1]      The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  A complete list of the Debtors is provided in Schedule 1 of the chapter 11 petition, which was attached as Exhibit A to the Notice of Suggestion of Bankruptcy filed in this Court on April 30, 2014 (Doc. No.00512614276).

[2]      Additional information may be obtained by reviewing the docket of the Debtors' chapter 11 cases at http://www.deb.uscourts.gov/( PACER login and password required) or at the website of the Debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

*Respectfully submitted,*

DATED: September 10, 2014        By:  /s/ *Victor C. Johnson*
                                      Victor C. Johnson (*Pro Hac Vice*)
                                      Lead Counsel
                                      Texas Bar No. 24029640
                                      Dykema Gossett PLLC
                                      1717 Main Street, Suite 4000
                                      Dallas, Texas 75201
                                      (214) 462-6400 (Telephone)
                                      (214) 462-6401 (Facsimile)

                                      Attorneys for Defendants
                                      TXU Energy, and TXU Energy
                                      Retail Company, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served upon attorneys of all parties of record to the above cause in accordance with Rule 5, Federal Rules of Civil Procedure.

By:  /s/ *Victor C. Johnson*