DYKEMA COX SMITH
Victor Johnson (Pro Hac Vice)
Texas Bar No. 24029640
vjohnson@dykema.com
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401
Attorney for Defendants,
TXU Energy and TXU Energy Retail Company, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA CHYBA,<br><br>  Plaintiff,<br><br>  vs.<br><br>TXU ENERGY and TXU ENERGY RETAIL COMPANY, LLC,<br><br>  Defendants. | Case No. 3:12-CV-00837-BEN (NLS)<br><br>[Assigned to Judge Larry A. Burns]<br><br>**DEFENDANTS TXU ENERGY'S AND TXU ENERGY RETAIL COMPANY, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 41(b)**<br><br>Hearing Date: November 19, 2018<br>Time: 11:30 a.m.<br>Courtroom: 14A |

1

CASE NO.: 3:12-CV-00837-BEN (NLS)
DEFENDANTS TXU ENERGY'S AND TXU ENERGY RETAIL COMPANY, LLC'S
NOTICE OF MOTION AND MOTION TO DISMISS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on November 19, 2018 at 11:30 a.m., or as soon thereafter as the matter be heard before the Honorable Larry Alan Burns of the United States District Court for the Southern District of California, in Courtroom 14A of the above-entitled court, located at 333 W. Broadway, Suite 1410, San Diego, CA 92101, Defendants TXU Energy and TXU Energy Retail will and hereby do move this Court for an order dismissing the First Amended Complaint (Dkt. 31), and each claim contained therein, filed by Plaintiff.

This Motion is made pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and is based on the following grounds:

- Plaintiff filed suit against Defendants based on alleged violations of the Fair Credit Reporting Act;
- The Court stayed this action after Defendants filed a notice of suggestion of bankruptcy on April 30, 2014;
- On August 29, 2016, the Bankruptcy Court entered an order confirming the Third Amended Joint Plan of Reorganization, which explicitly enjoins any holders of claims arising from alleged violations of civil rights and the Fair Credit Reporting Act from pursuing any actions arising thereof; and
- Plaintiff is now enjoined from pursuing her claims against Defendants pursuant to the Bankruptcy Court's order, and therefore this action should be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

This Motion is based upon: (1) the Notice of Motion and Motion; (2) the Memorandum of Points and Authorities in support thereof and exhibits attached thereto, all filed concurrently herewith; (3) all pleadings and papers on file with the Court in this matter; and (4) any oral arguments the Court may consider at the

2

Case No.: 3:12-CV-00837-BEN (NLS)
Defendants TXU Energy's and TXU Energy Retail Company, LLC's
Notice of Motion and Motion to Dismiss

hearing.

For the reasons expressed above, Defendants respectfully request that the Court grant this Motion and dismiss Plaintiff's claims with prejudice.

Dated: September 11, 2018

DYKEMA GOSSETT LLP
Victor C. Johnson

By: /s/ Victor C. Johnson
Victor C. Johnson
Attorney for Defendants,

**TXU ENERGY AND TXU ENERGY RETAIL COMPANY, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 11, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By: /s/ Victor C. Johnson
Victor C. Johnson (Pro Hac Vice)
Lead Counsel
Texas Bar No. 24029640

Attorney for Defendants,
**TXU ENERGY and TXU ENERGY RETAIL COMPANY, LLC**

3

CASE NO.: 3:12-CV-00837-BEN (NLS)
DEFENDANTS TXU ENERGY'S AND TXU ENERGY RETAIL COMPANY, LLC'S
NOTICE OF MOTION AND MOTION TO DISMISS