

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pamela Chyba | Civil Action No.   12cv0837-LAB-NLS |
| Plaintiff, | |
| V. | |
| TXU Energy; TXU Energy Retail Company, LLC | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This case is dismissed without prejudice.

Date:   12/11/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Taylor
                                                                J. Taylor, Deputy